FILED
CLERK, U.S. DISTRICT COURT

FEB 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

IRA BOOKER

DEFENDANT(S).

CASE NUMBER 8:23-MJ-00114-DUTY

23 MAG 1362

## DECLARATION RE
## OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: Southern District of New York
in the Southern District of SDNY on 2/21/2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title _____ U.S.C., Section(s) 21, 963 / 18, 924c / 18, 924o
to wit: Narcotics importation, Possession of machine guns, Conspiracy to possess machine guns

A warrant for defendant's arrest was issued by: Hon. Valerie Figueredo USMJ

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/23/23
Date

_Peavey_
Signature of Agent

Daniel Brooks
Print Name of Agent

DEA
Agency

Special Agent
Title

CR-52 (03/20)       DECLARATION RE OUT-OF-DISTRICT WARRANT